IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DENA INEZ PENCE                                               PLAINTIFF

       v.                           CIVIL NO. 12-3166

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                           DEFENDANT

### O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. ECF Nos. 1, 2. The undersigned finds that more information is needed to rule on Plaintiff's IFP application.

The application indicates that Plaintiff's spouse works, but does not provide the Court with any information regarding his income. Without this information, the Court cannot rule on Plaintiff's application. Accordingly, Plaintiff is directed to file an amended application indicating the income of her spouse on or before January 11, 2013. Should Plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 20th day of December 2012.

                                                       /s/ *J. Marschewski*
                                                       HON. JAMES R. MARSCHEWSKI
                                                       CHIEF U.S. MAGISTRATE JUDGE